UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA *ex rel.* SIDESOLVE, LLC,

Plaintiff,

v.

TENEX CAPITAL MANAGEMENT GP, LLC, et al.,

Defendants.
_______________________________________/

Case No. 1:25-cv-103

Hon. Jane M. Beckering
U.S. District Judge

**FILED *EX PARTE* AND UNDER SEAL**

**ORDER**

Upon consideration of the United States of America's Third *Ex Parte* Application for an Extension of Time to Consider Election to Intervene (ECF No. 24), and for good cause shown:

**IT IS HEREBY ORDERED** that the Application of the United States (ECF No. 24) is GRANTED. The time for the United States to decide whether to intervene in all or some of the Relator's Complaint is extended to and including October 5, 2026.

**IT IS FURTHER ORDERED** that no additional extensions will be granted absent demonstrable good cause.

**IT IS FURTHER ORDERED** that all filings shall remain under seal, absent order of the Court.

Dated: April 8, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge