UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA *ex rel.*
SIDESOLVE, LLC,

Plaintiff-Relator,

v.

TENEX CAPITAL MANAGEMENT
GP, LLC, et al.,

Defendants.
________________________________/

Case No. 1:25-cv-103

JANE M. BECKERING

**ORDER**

This matter is before the Court on Relator's Notice of Dismissal (ECF No. 33). The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the United States of America shall, not later than October 15, 2026, file its written consent or response to the Notice (ECF No. 33).

Dated: October 1, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge